Ward E. Taleff (#2454)
TALEFF & MURPHY, P.C.
300 River Drive North, Suite 5
P. O. Box 609
Great Falls, Montana 59403
Telephone: (406) 761-9400
Facsimile: (406)761-9405
Email: mick@talefflaw.com
kris@talefflaw.com
mail@talefflaw.com

Attorneys for Neal Bouma

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>THORCO, INC.,<br><br>       Debtor. | Case No. 22-90119-JMM |
| THORCO, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>WHITEFISH CREDIT UNION, MO SOMERS, LLC, RUIS GLACIER, LLC and NEAL BOUMA,<br><br>       Defendants. | Adv. Proc. No. 22-09003-JMM |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

  Pursuant to F.R.B.P. 2002(i) and (g), Neal Bouma, a Defendant in the above-referenced Adversary Proceeding and a party in interest in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court,

the debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to F.R.B.P. 2002(g), that the following be added to the Court's master mailing matrix:

>Ward E. Taleff
>TALEFF & MURPHY, P.C.
>300 River Drive North, Suite 5
>P.O. Box 609
>Great Falls, Montana 59403
>Telephone: (406) 761-9400
>Email: mick@talefflaw.com
>kris@talefflaw.com

Such notices shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in F.R.B.P. 2002, matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case, matters relating to the proposing or confirming of a plan, matters relating to adequate protection and the debtor's obtaining of credit under 11 U.S.C. § 361 or 364, and matters relating to the use, sale or lease of property under 11 U.S.C. § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365. I agree to accept all filings electronically.

Dated this 20th day of December, 2022.

>TALEFF & MURPHY, P.C.
>
>By___/s/ Ward E. Taleff_____
>Ward E. Taleff
>300 River Drive North, Suite 5
>P.O. Box 609
>Great Falls, MT 59403

# **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify under the penalty of perjury that I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court by using the federal CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the federal CM/ECF system.

  I further certify that those participants in the case who are not registered CM/ECF users were sent the foregoing document via First-Class Mail, postage prepaid, as shown below:

 None

Dated this 20th day of December, 2022.

      ____/s/ Ward E. Taleff_____
      For Taleff & Murphy, P.C.