N. Louise Ellingsworth (MT Bar # 43386957)
Gordon Rees Scully Mansukhani, LLP
201 W. Main St., Suite 101
Missoula, MT 59802
Telephone: 406.203.5806
lellingsworth@grsm.com
tjordan@grsm.com

*Attorney for Defendant Whitefish Credit Union*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br>THORCO, INC.,<br>              Debtor. | Case No. 22-90119-JMM<br>Chapter 11 |
| THORCO, INC., a Montana corporation,<br>              Plaintiff,<br>vs.<br>WHITEFISH CREDIT UNION, a federally-insured Montana-chartered credit union; MO SOMERS, LLC, a Montana limited liability company; RUIS GLACIER, LLC, a Montana limited liability company; NEAL BOUMA, an individual; and DOES 1-10,<br>              Defendants. | Adversary No. 22-09003-JMM<br><br>**NOTICE OF APPEARANCE** |

COMES NOW, N. Louise Ellingsworth, of Gordon Rees Scully Mansukhani, and hereby gives notice of her appearance in the above-entitled matter on behalf of Defendant Whitefish Credit Union. All further pleadings or correspondence should be directed as follows:

N. Louise Ellingsworth
Gordon & Rees LLP
201 W. Main St., Suite 101
Missoula, MT 59802
Telephone: 406.203.5806
lellingsworth@grsm.com
tjordan@grsm.com

DATED this 20th day of December, 2022.

                                                    Gordon Rees Scully Mansukhani, LLP

                                                   */s/ N. Louise Ellingsworth*

                                                   N. Louise Ellingsworth