Cory R. Laird (4970)
Tyler C. Smith (39513967)
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone: (406) 541-7400
Facsimile: (406) 541-7414
Email:  claird@lairdcowley.com
    tsmith@lairdcowley.com

Attorneys for MO Somers LLC and Ruis Glacier, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>THORCO, INC.,<br>  Debtor. | Case No. 22-90119-JMM<br><br>Chapter 11 |
| THORCO, INC., a Montana corporation,<br>  Plaintiff,<br>vs.<br>WHITEFISH CREDIT UNION, a federally-insured Montana-chartered credit union; MO SOMERS, LLC, a Montana limited liability company; RUIS GLACIER, LLC, a Montana limited liability company; NEAL BOUMA, an individual; and DOES 1-10,<br>  Defendants. | Adversary No. 22-09003-JMM<br><br>**NOTICE OF APPEARANCE** |

  COME NOW, Cory R. Laird and Tyler C. Smith of LAIRD COWLEY,

PLLC, and hereby give notice that they are appearing as counsel of record for MO

Somers LLC and Ruis Glacier, LLC in the above-captioned matter and hereby

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE         PAGE 1.

request that they be entered as counsel of record.  Any further pleadings and correspondence should be directed to the following address:

>Cory R. Laird
>Tyler C. Smith
>LAIRD COWLEY, PLLC
>2315 McDonald Avenue, Suite 220
>Missoula, MT 59801
>P.O. Box 4066
>Missoula, MT 59806-4066
>Telephone:  (406) 541-7400
>Facsimile:  (406) 541-7414
>Email:      claird@lairdcowley.com
>            tsmith@lairdcowley.com

DATED this 22nd day of December, 2022.

>LAIRD COWLEY, PLLC
>
>By: /s/ Cory R. Laird
>    Cory R. Laird
>    Attorneys for Ruis Glacier, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under the penalty of perjury that I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court by using the federal CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the federal CM/ECF system.

I further certify that those participants in the case who are no registered CM/ECF users were sent the foregoing document via First-Class Mail, postage prepaid, as shown below:

>None

DATED this 22nd day of December, 2022.

>/s/ Cory R. Laird
>Cory R. Laird
>Attorneys for Ruis Glacier, LLC