Tyler C. Smith
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:  (406) 541-7414
Email:      tsmith@lairdcowley.com

Attorneys for MO Somers LLC and Ruis Glacier, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>THORCO, INC.,<br><br>      Debtor. | Case No. 22-90119-JMM<br><br>Chapter 11 |
| THORCO, INC., a Montana corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>WHITEFISH CREDIT UNION, a federally-insured Montana-chartered credit union; MO SOMERS, LLC, a Montana limited liability company; RUIS GLACIER, LLC, a Montana limited liability company; NEAL BOUMA, an individual; and DOES 1-10,<br><br>      Defendants. | Adversary No. 22-09003-JMM<br><br>**DEFENDANTS MO SOMERS LLC AND RUIS GLACIER, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF** |

      COME NOW, Defendants MO Somers LLC and Ruis Glacier, LLC and respectfully move the court for leave to file a reply brief ("Reply Brief") in

connection with the Motion to Dismiss the Adversary Complaint. Counsel for Debtor/Plaintiff Thorco Inc. has been contacted regarding this request and does not object. The proposed Reply Brief is attached hereto. A proposed order granting the motion is also lodged herewith in accordance with Local Rule 9013-1(i).

DATED this 16th day of February, 2023.

                                LAIRD COWLEY, PLLC

                                By: /s/ Tyler C. Smith
                                        Tyler C. Smith
                                        Attorneys for Ruis Glacier, LLC