Tyler C. Smith
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:   (406) 541-7414
Email:          tsmith@lairdcowley.com

Attorneys for MO Somers LLC and Ruis Glacier, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br>THORCO, INC.,<br>　　　　Debtor. | Case No. 22-90119-JMM<br>Chapter 11 |
| THORCO, INC., a Montana corporation,<br>　　　　Plaintiff,<br>vs.<br>WHITEFISH CREDIT UNION, a federally-insured Montana-chartered credit union; MO SOMERS, LLC, a Montana limited liability company; RUIS GLACIER, LLC, a Montana limited liability company; NEAL BOUMA, an individual; and DOES 1-10,<br>　　　　Defendants. | Adversary No. 22-09003-JMM<br>**ORDER** |

　　　　Defendants MO Somers LLC and Ruis Glacier, LLC filed an Unopposed

Motion for Leave to File a Reply Brief in support of the pending Motion to

Dismiss on February 16, 2023, at ECF No. ___ ("Motion").  The Motion seeks

permission to address certain points made in Plaintiff's "Response to Motions to Dismiss" filed on January 27, 2023, at ECF No. 13. Accordingly,

IT IS ORDERED that Defendants' Motion at ECF No. ___ is granted and Defendants are granted permission to file a Reply Brief in support of their Motion to Dismiss filed at ECF No. 12.

DATED this ____ day of February, 2023.