UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**THORCO INC.**,<br><br>Debtor. | Case No. **9:22-bk-90119-JMM** |
| **THORCO INC.**, a Montana corporation,<br><br>Plaintiff.<br><br>v.<br><br>**WHITEFISH CREDIT UNION**, a federally-insured Montana-chartered credit union; **MO SOMERS, LLC**, a Montana limited liability company; **RUIS GLACIER, LLC**, a Montana limited liability company; **NEAL BOUMA**, an individual; and **DOES 1-10**,<br><br>Defendants. | Adv. No. **9:22-ap-09003-JMM** |

# ORDER

Defendants MO Somers LLC and Ruis Glacier, LLC filed an Unopposed Motion for Leave to File a Reply Brief in support of the pending Motion to Dismiss on February 16, 2023, at ECF No. 19 ("Motion"). The Motion seeks permission to address certain points made in Plaintiff's "Response to Motions to Dismiss" filed on January 27, 2023, at ECF No. 13. Accordingly,

IT IS ORDERED that Defendants' Motion at ECF No. 19 is granted and Defendants are granted permission to file a Reply Brief in support of their Motion to Dismiss filed at ECF No. 12.

1

Dated: February 17, 2023.

BY THE COURT:

Hon. Joseph M. Meier
United States Bankruptcy Court