**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re:<br><br>THORCO INC.,<br><br>Debtor. | Case No. 9:22-bk-90119-WLH |
| CHRISTY L. BRANDON, Chapter 7 Trustee for Thorco, Inc., a Montana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITEFISH CREDIT UNION, a federally-insured Montana-chartered credit union; MO SOMERS, LLC, a Montana limited liability company; RUIS GLACIER, LLC, a Montana limited liability company; NEAL BOUMA, an individual; and DOES 1-10,<br><br>Defendants. | Adv. No. 9:22-ap-09003-WLH<br><br>**ORDER DENYING (I) PROPOSED INTERVENOR'S MOTION FOR INTERVENTION; (II) MOTION TO DECLARE DENNIS THORNTON A VEXATIOUS LITIGANT; AND (III) ALL OTHER PENDING MOTIONS AND APPLICATIONS AS MOOT** |

This matter came before the court on proposed intervenor Dennis Thornton's Motion for Intervention and Neal Bouma's Motion to Declare Dennis Thornton a Vexatious Litigant. For the reasons stated on the record at the hearing held May 3, 2024, it is ORDERED that:

1. The Motion for Intervention [ECF No. 124] is denied.

2. The Motion to Declare Dennis Thornton a Vexatious Litigant [ECF No. 131] is denied without prejudice to the court revisiting the issue on an appropriate motion by any party.

3. Proposed intervenor's Motion for Hardship Waiver [ECF No. 123]; Motion for Hearing on Preliminary Injunction [ECF No. 126]; Motion for Declaratory Judgment [ECF No. 127]; Request for Judicial Notice [ECF No. 139]; Motion for Leave to File a Supplemental Pleading, Request for Judicial Notice, and Motion for Hearing to Have Certain Parties Declared "Insiders" and Conspirators [ECF No. 143]; Second Request for Judicial Notice [ECF No. 154]; and requests for leave to file alternative pleadings or motions at ECF Nos. 155, 158, and 159 are denied as moot.

4. The Clerk's Office is directed to refund to Mr. Thornton the $350 paid as a fee in connection with Mr. Thornton's proposed complaint in intervention (see ECF No. 125).

DATED: May 3, 2024.

______________________________
WHITMAN L. HOLT
U.S. BANKRUPTCY JUDGE